UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERRI R. LOWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-1725-G (BH) |
| VIEWPOINT BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Accordingly, defendant ViewPoint Bank's second renewed motion to dismiss for lack of subject matter jurisdiction, filed March 15, 2013 (docket entry 39), plaintiff's motion for directed verdict, filed December 13, 2012 (docket entry 27),

and plaintiff's motion for summary judgment, filed April 5, 2013 (docket entry 42), are **DENIED**.

    **SO ORDERED**.

September 18, 2013.

                                                /s/ A. Joe Fish
                                                **A. JOE FISH**
                                                **Senior United States District Judge**