UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHERRI R. LOWE, | ) |
|     Plaintiff, | ) |
| | )    CIVIL ACTION NO. |
| VS. | ) |
| | )    3:12-CV-1725-G (BH) |
| VIEWPOINT BANK, | ) |
|     Defendant. | ) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Defendant Viewpoint Bank's second motion for summary judgment, filed October 7, 2014 (docket entry 85), is **GRANTED**, and its second motion to dismiss for failure to state a claim is **DENIED** as moot. Consequently, plaintiff Sherri Lowe's

motion for summary judgment, filed June 23, 2015 (docket entry 103), is **DENIED** as moot.  By separate judgment, all of the plaintiff's remaining claims against the defendant will be **DISMISSED** with prejudice.

     SO ORDERED.

June 26, 2015.

                                            _____
                                            **A. JOE FISH**
                                            **Senior United States District Judge**